### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW FORD and ELISABETH YUSCAVAGE, on behalf of themselves and similarly situated employees,** | : | **No. 3:14cv227** |
| | : | |
| | : | **(Judge Munley)** |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LEHIGH VALLEY RESTAURANT GROUP, INC.,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

## ORDER

   **AND NOW**, to wit, this 9th day of July 2014, defendant's motion to

dismiss count one (Doc. 14) pursuant to Federal Rule of Civil Procedure

12(b)(6) is hereby **DENIED**.

   **BY THE COURT:**

   **s/ James M. Munley**
   **JUDGE JAMES M. MUNLEY**
   **United States District Court**