# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW FORD and ELISABETH YUSCAVAGE**, on behalf of themselves and similarly situated employees, | : | No. 3:14cv227 |
| | : | |
| | : | (Judge Munley) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| **LEHIGH VALLEY RESTAURANT GROUP, INC.**, | : | |
| | : | |
| Defendant | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## <u>ORDER</u>

**AND NOW**, to wit, this 6th day of August 2014, defendant's motion to certify an issue for immediate appeal and partial stay (Doc. 42) is **DENIED**.

                                            **BY THE COURT:**

                                            <u>s/ James M. Munley          </u>
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**